THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFETY NATIONAL CASUALTY CORPORATION, : : : : Plaintiff, : : v. : : SALLY BEAUTY SUPPLY LLC and SALLY BEAUTY HOLDINGS, INC., : : : Defendants. : : : : | Civil Action No. 24-cv-5590 |

**PLAINTIFF SAFETY NATIONAL CASUALTY CORPORATION'S
<u>MOTION FOR VOLUNTARY DISMISSAL</u>**

NOW COMES Plaintiff SAFETY NATIONAL CASUALTY CORPORATION and in support of its Motion to Dismiss states as follows:

1. On December 3, 2024 counsel received a withdrawal of Defendants' demands for coverage at issue in this action. See, Exhibit A.

2. In light of this withdrawal the parties agree that this case is therefore currently moot.

3. Accordingly, Plaintiff asks this Court to dismiss this case without prejudice with each party to bear its own costs and respective attorney's fees.

Dated this 6th day of December 2024.

Respectfully Submitted,

By:     */s/ Michael J. Duffy*
              Lead Attorney for Plaintiff, Safety National
              Casualty Corporation

1

Michael J. Duffy (IL Bar #6196669)
Joseph M. Dybisz (IL Bar #6342007)
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603
312.704.0550 (Main)
Michael.Duffy@wilsonelser.com
Joseph.Dybisz@wilsonelser.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ *Michael J. Duffy*
    Michael J. Duffy